AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:25-mj-3275-RJS | Date and time warrant executed: 12/31/2025 2:09 PM | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :  Kyle L. Straight

Inventory of the property taken and name of any person(s) seized:

U.S. Postal Service Priority Mail parcel bearing tracking no. 9470 1501 0579 5000 3187 15 addressed to Amari Sturghill, 1421 Lexington Ave. PMB 150 Mansfield, OH 44907 bearing return address of Mail and More 2355 Westwood Blvd. Los Angeles, CA 90064

Approximately 3235 grams of Cocaine

**FILED**

**8:39 am Jan 02 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12/31/2025

_Executing officer's signature_

Kyle L. Straight, US Postal Inspector
Printed name and title

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| | |
|---|---|
| In the Matter of the Search of <br> U.S. Postal Service Priority Mail parcel bearing tracking no. 9470 1501 0579 5000 3187 15 addressed to Amari Sturghill, 1421 Lexington Ave. PMB 150 Mansfield, OH 44907 bearing return address of Mail and More 2355 Westwood Blvd. Los Angeles, CA 90064 | ) <br> ) <br> )   Case No.    1:25-mj-3275-RJS <br> ) <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ Ohio, Eastern Division _____ (identify the person or describe the property to be searched and give its location):

U.S. Postal Service Priority Mail parcel bearing tracking no. 9470 1501 0579 5000 3187 15 addressed to Amari Sturghill, 1421 Lexington Ave. PMB 150 Mansfield, OH 44907 bearing return address of Mail and More 2355 Westwood Blvd. Los Angeles, CA 90064

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal (identify the person or describe the property to be seized):

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before _____ (not to exceed 14 days)
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ REUBEN J. SHEPERD _____ .
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    12/31/25, 1:14pm

_____
Judge's signature

City and state:    CLEVELAND, OHIO

REUBEN J. SHEPERD, US MAGISTRATE JUDGE
Printed name and title